IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL JAMES SPILLMAN,

    Plaintiff,

v.                                                    CASE NO. 1:10-cv-00037-SPM-AK

ALACHUA COUNTY JAIL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's Letter Motion to Extend Time to file a motion for leave to proceed IFP or pay the full filing fee. (Doc. 5). Having considered said motion, the Court is of the opinion that it should be GRANTED, and the Clerk shall send the form motion and inmate financial certificate to Plaintiff, who shall file these documents on or before May 14, 2010.

    DONE AND ORDERED this 23rd day of April, 2010.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge