# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MICHAEL JAMES SPILLMAN,**

 **Plaintiff,**

vs.              **CASE NO. 1:10CV0037-SPM/AK**

**ALACHUA COUNTY JAIL,**

 **Defendant.**

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's Letter Motion to Extend Time to supplement his motion to proceed *in forma pauperis* by filing his Prisoner Consent Form and Financial Certificate, (Docs. 10, 8). Having considered said motion, the Court is of the opinion that the motion, (Doc. 10), should be **GRANTED**, and review of Plaintiff's complaint (Doc. 1), and ruling on his motion to proceed in forma pauperis, (Doc. 8), is deferred until Plaintiff has complied with 28 U.S.C. §1915.

The clerk of court shall forward to Plaintiff a Prisoner Consent Form and Financial Certificate. Thus, Plaintiff must submit a computer printout for his inmate bank account for the six (6) month period immediately preceding the filing of the complaint; i.e., the period from **SEPTEMBER 15, 2009 to MARCH 15, 2010.** Plaintiff must obtain account statements with the signature from the appropriate official of each jail or prison at which he is, or has been, confined for the six (6) month period prior to the filing of this complaint. The filing of the

prisoner consent form and financial certificate must include the inmate account information and the signature of an authorized official. If Plaintiff was not incarcerated during any portion of this time period, he must specifically advise the court.

Plaintiff shall have until JUNE 11, 2010, to either: (1) file a computer printout for the time period specified above of the transactions in his prison account as directed in this order along with a completed application to proceed in forma pauperis certified by the appropriate prison official, or (2) pay the full $350.00 filing fee, or (3) file a notice of voluntary dismissal of this case pursuant to Fed.R.Civ.P. 41(a).

Failure to respond to this order as instructed may result in dismissal of this action for failure to prosecute and failure to comply with an order of this court.

The clerk shall refer the file to the undersigned on or before JUNE 11, 2010.

**DONE AND ORDERED** this 14th day of May, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
~~Chief United States District Judge~~

No. 1:10cv0037-spm/ak