IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL JAMES SPILLMAN,

    Plaintiff,

v.                                      CASE NO. 1:10-cv-00037-SPM -GRJ

ALACHUA COUNTY JAIL,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this cause of action by filing a letter alleging some difficulty with the mail at the Alachua County Jail. (Doc. 1). Plaintiff did not file his complaint on the proper forms, and failed to identify the nature of his claims, the identify of the defendants or the relief he sought. Id. The Court directed Plaintiff in the Court's Order dated June 21, 2010 to file a complaint on the proper forms and to submit a partial filing fee of $5.65 on or before August 1, 2010. (Doc. 20). An Order to Show Cause was entered on October 18, 2010, directing a response on or before November 5, 2010. (Doc. 22). As of this date Plaintiff has not filed a response nor has Plaintiff further communicated with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626 (1962); Eades v. Alabama Dept. of Human Resources, 298 Fed. Appx. 862 (11th Cir. 2008) (district court has discretion to dismiss case *sua sponte* where plaintiff has failed to comply with court orders and was on notice that such failure may result in dismissal). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.

Plaintiff has failed to comply with the order of this Court directing that he file an amended complaint and pay an initial filing fee. (docs. 20 and 22.) Plaintiff was advised that failure to comply with the Court's Order may result in a recommendation that his case be dismissed. In view of the fact that Plaintiff has not otherwise pursued this lawsuit and has failed to comply with the Court's Order this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and for failure to comply with orders from the Court.

At Gainesville, Florida, this 30th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**